ACCO,(AJRx),CLOSED,DISCOVERY,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:25−mc−00086−FLA−AJR

Blake Lively v. Sourced Intelligence, LLC  
Assigned to: Judge Fernando L. Aenlle−Rocha  
Referred to: Magistrate Judge A. Joel Richlin  
Case in other court:  USDC Southern District New York, 24−cv−10049−JLJ  
Cause: Civil Miscellaneous Case

Date Filed: 08/22/2025  
Date Terminated: 09/04/2025  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Movant**

**Blake Lively**  represented by  **Esra Acikalin Hudson**  
Manatt Phelps and Phillips LLP  
2049 Century Park East Suite 1700  
Los Angeles, CA 90067  
310−312−4000  
Fax: 310−312−4224  
Email: ehudson@manatt.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Sarah Emily Moses**  
Manatt Phelps and Phillips LLP  
2049 Century Park East, Suite 1700  
Los Angeles, CA 90067  
310−312−4000  
Fax: 310−312−4224  
Email: smoses@manatt.com  
*ATTORNEY TO BE NOTICED*

**Stephanie Anne Roeser**  
Manatt, Phelps and Phillips LLP  
2049 Century Park East, Suite 1700  
Los Angeles, CA 90067  
310−312−4000  
Fax: 310−312−4224  
Email: sroeser@manatt.com  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Sourced Intelligence, LLC**  represented by  **Amir Kaltgrad**  
Liner Freedman Taitelman Cooley, LLP  
1801 Century Park West, 5th Floor  
Los Angeles, CA 90067  
310−201−0005  
Fax: 310−201−0045  
Email: akaltgrad@lftcllp.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan J Freedman**
Liner Freedman Taitelman and Cooley LLP
1801 Century Park West 5th Floor
Los Angeles, CA 90067
310–201–0005
Fax: 310–201–0045
Email: bfreedman@ftllp.com
*ATTORNEY TO BE NOTICED*

**Ellyn S. Garofalo**
Liner Freedman Taitelman Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
310–201–0005
Fax: 310–201–0045
Email: egarofalo@lftcllp.com
*ATTORNEY TO BE NOTICED*

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2025 | Ï 1 | MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT Receipt No: ACACDC–40360229 – Fee: $52, filed by Movant Blake Lively. (Attachments: # 1 Joint Stipulation in Support of Blake Lively's Motion to Compel Compliance with Third–Party Subpoena Pursuant to Federal Rule of Civil Procedure 45, # 2 Declaration of Sarah E. Moses, # 3 Exhibit A to Moses Decl., # 4 Exhibit B to Moses Decl., # 5 Exhibit C to Moses Decl., # 6 Exhibit D to Moses Decl., # 7 Exhibit E to Moses Decl., # 8 Exhibit F to Moses Decl., # 9 Exhibit G to Moses Decl., # 10 Exhibit H to Moses Decl., # 11 Declaration of Alexander Feil, # 12 Certificate of Service) (Attorney Esra Acikalin Hudson added to party Blake Lively(pty:mov))(Hudson, Esra) (Entered: 08/22/2025) |
| 08/27/2025 | Ï 2 | NOTICE OF ASSIGNMENT to District Judge Fernando L Aenlle–Rocha and Magistrate Judge A. Joel Richlin. (car) (Entered: 08/27/2025) |
| 08/27/2025 | Ï 3 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: MISC – Motion Related to Subpoena from Another District,, 1 . The following error(s) was found: The Civil Cover Sheet (CV–71)is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3–1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7. (car) (Entered: 08/27/2025) |
| 08/28/2025 | Ï 4 | (In Chambers): ORDER SCHEDULING INFORMAL DISCOVERY CONFERENCE BY VIDEO by Magistrate Judge A. Joel Richlin. In an effort to address this dispute in the most efficient manner possible, the Court schedules an informal discovery conference by video for Tuesday, September 2, 2025 at 1:30 p.m. [See Order for further details.] (san) (Entered: 08/28/2025) |
| 08/28/2025 | Ï 5 | CIVIL COVER SHEET filed by Movant Blake Lively. (Hudson, Esra) (Entered: 08/28/2025) |
| 08/28/2025 | Ï 6 | NOTICE of Interested Parties filed by Movant Blake Lively, identifying other than named parties: Wayfarer Studios LLC, Defendant in underlying litigation, Lively v. Wayfarer Studios LLC et al., (1:24–cv–10049–LJL) pending in the Southern District of New York; Justin Baldoni, Defendant in the Underlying Litigation; Jamey Heath, Defendant in the Underlying Litigation; Steve Sarowitz, Defendant in the Underlying Litigation; It Ends With Us Movie LLC, Defendant in the Underlying |

| | | |
|---|---|---|
| | | Litigation; Melissa Nathan, Defendant in the Underlying Litigation; The Agency Group PR LLC, Defendant in the Underlying Litigation; Jennifer Abel, Defendant in the Underlying Litigation; Jed Wallace, Defendant in the Underlying Litigation. (Hudson, Esra) (Entered: 08/28/2025) |
| 08/28/2025 | Ï 7 | Notice of Appearance or Withdrawal of Counsel: for attorney Esra Acikalin Hudson counsel for Movant Blake Lively. Adding Esra A. Hudson as counsel of record for Blake Lively for the reason indicated in the G–123 Notice. Filed by Movant Blake Lively. (Hudson, Esra) (Entered: 08/28/2025) |
| 08/28/2025 | Ï 8 | Notice of Appearance or Withdrawal of Counsel: for attorney Stephanie Anne Roeser counsel for Movant Blake Lively. Adding Stephanie A. Roeser as counsel of record for Blake Lively for the reason indicated in the G–123 Notice. Filed by Movant Blake Lively. (Roeser, Stephanie) (Entered: 08/28/2025) |
| 08/28/2025 | Ï 9 | Notice of Appearance or Withdrawal of Counsel: for attorney Sarah Emily Moses counsel for Movant Blake Lively. Adding Sarah E. Moses as counsel of record for Blake Lively for the reason indicated in the G–123 Notice. Filed by Movant Blake Lively. (Moses, Sarah) (Entered: 08/28/2025) |
| 08/28/2025 | Ï 10 | MOTION RE: INFORMAL DISCOVERY DISPUTE – Video Conference set for 9/2/2025 at 01:30 PM before Magistrate Judge A. Joel Richlin. [See document for further details.] (san) (Entered: 08/29/2025) |
| 08/29/2025 | Ï 11 | MEMORANDUM in Support –– *Supplemental Memorandum of Law in Support of Motion to Compel Compliance with Subpoena Pursuant to Fed. R. Civ. P. 45* filed by Movant Blake Lively. (Attachments: # 1 A – Order Granting in Part and Denying in Part Lively's Omnibus Motion to Compel, # 2 Certificate of Service)(Hudson, Esra) (Entered: 08/29/2025) |
| 09/03/2025 | Ï 12 | MINUTES OF OF INFORMAL DISCOVERY VIDEOCONFERENCEHearing held before Magistrate Judge A. Joel Richlin. 10 . The Court heard oral argument from the parties on the Motion to Compel and then took the motion under submission. The Court advised the parties that a ruling would be forthcoming shortly. 1 Court Recorder: CS 9/02/2025. (san) (Entered: 09/03/2025) |
| 09/04/2025 | Ï 13 | MEMORANDUM DECISION AND ORDER TRANSFERRING MOTION TO COMPEL TO THE SOUTHERN DISTRICT OF NEW YORK (DKTS. 1 , 11 ) by Magistrate Judge A. Joel Richlin. [See Order for details.] This matter is hereby transferred to the SOUTHERN DISTRICT OF NEW YORK. Case transferred electronically. (MD JS–6. Case Terminated.) (san) (Entered: 09/04/2025) |