UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

BLAKE LIVELY,

                     Movant,

       -v-

SOURCED INTELLIGENCE, LLC,

                   Respondent.

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/15/2025
```

25-mc-398 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      Before the Court is the motion of Movant-Plaintiff Blake Lively ("Lively") to compel Respondent Sourced Intelligence, LLC ("Sourced Intelligence") to comply with a subpoena under Federal Rule of Civil Procedure 45. Dkt. No. 1. Lively filed her motion on August 22, 2025, and Sourced Intelligence simultaneously noted its opposition. *Id.* Since then, the Court has issued memoranda and orders in two related cases presenting similar issues. *See Lively v. The Skyline Agency LLC*, No. 25-cv-347, Dkt. No. 31 (S.D.N.Y. Sept. 3, 2025); *Lively v. Wayfarer Studios*, No. 24-cv-10049, Dkt. No. 749 (S.D.N.Y. Sept. 9, 2025). Given this overlap between the cases and subpoenas, the parties are directed to file a joint letter with the Court by Wednesday, September 17, 2025, addressing the extent to which the Court's recent decisions resolve the issues presented in Lively's current motion.

      SO ORDERED.

Dated: September 15, 2025
      New York, New York

                                    LEWIS J. LIMAN
                            United States District Judge