# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

September 17, 2025

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Sourced Intelligence, LLC*, No. 1:25-mc-00398-LJL

Dear Judge Liman:

On behalf of Plaintiff Blake Lively ("Ms. Lively") we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibit A to the parties' September 17, 2025 joint letter, filed contemporaneously herewith, and certain portions of the joint letter that reflect information contained in Exhibit A. Exhibit A is a privilege log provided by the Wayfarer Parties, which the Wayfarer Parties designated as confidential. In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and the Wayfarer Parties may file a motion for continued sealing if they so choose.

Respectfully submitted,

/s/ *Esra A. Hudson*

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac vice*) |
| 1875 K Street NW | Sarah E. Moses (admitted *pro hac vice*) |
| Washington, DC 20006 | 2049 Century Park East, Suite 1700 |
| (202) 303-1000 | Los Angeles, CA 90067 |
| E-mail: mgottlieb@willkie.com | (310) 312-4000 |
| kbender@willkie.com | ehudson@manatt.com |
| | sroeser@manatt.com |
| Aaron Nathan | smoses@manatt.com |
| Willkie Farr & Gallagher LLP | |
| 787 7th Avenue New York, NY 10019 | Matthew F. Bruno |
| (212) 728-8000 | 7 Times Sq. |
| E-mail: anathan@willkie.com | New York, NY 10036 |
| | (212) 790-4500 |
| DUNN ISAACSON RHEE LLP | mbruno@manatt.com |
| Meryl C. Governski (admitted *pro hac vice*) | |
| 401 Ninth Street, NW | |
| Washington, DC 20004 | *Attorneys for Blake Lively* |
| (202) 240-2900 | |

manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

E-mail: mgovernski@dirllp.com